IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
ASHLEY IRENE SMALL : CASE NO. 1-19-02055-HWV
    Debtor : CHAPTER 13

### DEBTOR'S CONSENT TO APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

I, Ashley Irene Small, hereby agree to pay all Attorneys Fees and Expenses as set forth in the attached Second Application for Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses.

*Ashley Irene Small*
Ashley Irene Small

DATE: 3/30/2021