# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

**Telephone**
**717.238.5250**
**Facsimile**
**717.558-8990**

June 15, 2021

**<u>Via ECF Only</u>**

TO:     US BANKRUPTCY COURT - CLERK

RE:     Ashley Small
        Chapter 13 Bankruptcy Case No.  1-19-02055

Dear Clerk:

Please be advised that the address for the following Creditor has changed.  The <u>new</u> address is:

PHELAN HALLINAN DIAMOND JONES LLP
PMB SSS ACQUISITION
PO BOX 8990
TURNERSVILLE NJ 08012-8990

The Creditor's <u>previous</u> address was as follows:

PHELAN HALLINAN DIAMOND JONES LLP
1617 JOHN F KENNEDY BOULEVARD
SUITE 1400
PHILADELPHIA PA 19103-1814

Very truly yours,

IMBLUM LAW OFFICES,  P.C.

Gary J. Imblum

GJI/srm
Enclosure

613240713114 | 22 | .51
IMBLUM LAW OFFICES, P.C.
/S/ GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG PA 17111

PHELAN HALLINAN DIAMOND JONES LL
1617 JOHN F KENNEDY BOULEVARD
SUITE 1400
PHILADELPHIA PA 19103-1814

1 7BWD-SP1616

RETURN TO SENDER
PHELAN HALLINAN DIAMOND & JONES LLP
PMB ADDRESS ACQUISITION
PO BOX 8990
TURNERSVILLE NJ 08012-8990
RETURN TO SENDER

1/6 NFE 1260C20F0006/11/21

RETURN SERVICE REQUESTED

FIRST CLASS PRSRT
US POSTAGE PAID
PERMIT 131
PASCO WA 99302