# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ASHLEY IRENE SMALL

    Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

vs.

ASHLEY IRENE SMALL

CASE NO: 1-19-02055-HWV

    Respondent(s)

## WITHDRAWAL OF NOTICE TO DEBTOR

AND NOW, on October 2, 2023, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, and requests that the NOTICE TO DEBTOR filed on September 20, 2023, be withdrawn due to having been filed in error or filed having used incorrect docketing procedure or incorrect information.

    Respectfully submitted,

    /s/ Douglas R. Roeder, Esquire
    ID: 80016
    Attorney for Trustee
    Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    Suite A, 8125 Adams Drive
    Hummelstown, PA 17036
    Phone: (717) 566-6097
    email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ASHLEY IRENE SMALL

                      Debtor(s)

JACK N. ZAHAROPOULOS            CHAPTER 13
CHAPTER 13 TRUSTEE
                      Movant

ASHLEY IRENE SMALL              CASE NO: 1-19-02055-HWV

                      Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 2, 2023, I served a copy of this Withdrawal on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>
GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG PA 17111-

OFFICE OF THE UNITED STATES TRUSTEE
5501 NORTH 6TH STREET
BOX 302
HARRISBURG PA 17102

<u>Served by First Class Mail</u>
ASHLEY IRENE SMALL
129 CLEARVIEW ROAD
ASPERS PA 17304

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 2, 2023                       /s/ Donna Schott
                                                   Office of the Standing Chapter 13 Trustee
                                                   Jack N. Zaharopoulos
                                                   Suite A, 8125 Adams Dr.
                                                   Hummelstown, PA 17036
                                                   Phone: (717) 566-6097
                                                   email: info@pamd13trustee.com