**Fill in this information to identify the case:**

Debtor 1: Ashley Irene Small

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: MIDDLE  District of Pennsylvania
(State)

Case number: 19-02055-HWV

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** Freedom Mortgage Corporation

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 1730 ____ ____ ____

**Property address:** 129 Clearview Road
Number    Street

_____

Aspers, Pennsylvania  17304
City              State      ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

[X] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $ 0.00

b. Total fees, charges, expenses, escrow, and costs outstanding: PPFN filed 09/30/2019  + (b) $ 900.00

c. **Total**. Add lines a and b.  (c) $ 900.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 12 / 1 / 2023
MM / DD / YYYY

Form 4100R  **Response to Notice of Final Cure Payment**  page **1**

| Debtor 1 | Ashley Irene Small | | | Case number (*if known*) 19-02055-HWV |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Andrew M. Lubin
Signature

Date 11/22/23

| Print | Andrew M. Lubin | | | Title | Attorney for creditor |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Company   McCabe, Weisberg & Conway, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   1420 Walnut Street, Suite 1501
Number         Street

Philadelphia, PA 19102
City                     State         ZIP Code

Contact phone ( 215 ) 790 – 1010        Email ecfmail@mwc-law.com

Form 4100R              **Response to Notice of Final Cure Payment**              page **2**

Case 1:19-bk-02055-HWV    Doc 56    Filed 11/22/23    Entered 11/22/23 11:05:28    Desc
Main Document    Page 2 of 4

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Ashley Irene Small<br>　　　　　　Debtor(s)<br>Freedom Mortgage Corporation, or its Successor or Assignee<br>　　　　　　Movant<br>　　vs.<br>Ashley Irene Small<br>Jack N Zaharopoulos<br>　　　　　　Respondent(s) | Chapter 13<br><br>Bankruptcy No. 19-02055-HWV |

## CERTIFICATION OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

I, Andrew M. Lubin, attorney for Freedom Mortgage Corporation, hereby certify that I served a true and correct copy of the foregoing Response to Notice of Final Cure Payment, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: 11/22/23

| | | |
|---|---|---|
| Ashley Irene Small<br>129 Clearview Road<br>Aspers, Pennsylvania 17304 | Gary J Imblum<br>Imblum Law Offices, P.C.<br>4615 Derry Street<br>Harrisburg, Pennsylvania 17111<br>Attorney for Debtors | Jack N Zaharopoulos<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, Pennsylvania 17036<br>Trustee |

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, Pennsylvania 17102

　　　　　　　　/s/ Andrew M. Lubin
　　　　　　　　MARISA MYERS COHEN, ESQUIRE ID #87830
　　　　　　　　ANDREW M. LUBIN, ESQUIRE ID # 54297
　　　　　　　　Attorney for Freedom Mortgage Corporation
　　　　　　　　1420 Walnut Street, Suite 1501
　　　　　　　　Philadelphia, PA 19102
　　　　　　　　Telephone: (215) 790-1010
　　　　　　　　Facsimile: (215) 790-1274
　　　　　　　　Email: ecfmail@mwc-law.com

| Loan #: | |
|---|---|
| BK Case #: | |
| Name: | Small |
| BK Filed | 5/13/2019 |

| Date Received | Contractual Due Date | Post Petition Due Date | Pre | Payment Amount | Amount Due | Difference | Post Suspense | Pre Suspense | Fees | Contractual from Pre | Comments | Principal | Interest | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $ - | $ - | $ - | | | Balance at Filing | | | |
| 6/7/2019 | | | | $ 1,618.36 | | $ 1,618.36 | $ 1,618.36 | $ - | | | | | | $ - |
| 7/9/2019 | 6/1/2019 | | | $ 1,819.09 | $ 1,665.65 | $ 153.44 | $ 1,771.80 | $ - | | | | | | $ - |
| 8/13/2019 | 7/1/2019 | | | $ 1,665.65 | $ 1,665.65 | $ - | $ 1,771.80 | $ - | | | | | | $ - |
| 9/30/2019 | 8/1/2019 | | | $ 1,735.65 | $ 1,665.65 | $ 70.00 | $ 1,841.80 | $ - | | | | | | $ - |
| 10/1/2019 | | | $ 705.14 | | | $ - | $ 1,841.80 | $ 705.14 | | | | | | |
| 10/1/2019 | 9/1/2019 | | | $ 2,170.32 | $ 1,665.65 | $ 504.67 | $ 2,346.47 | $ 705.14 | | | | | | $ - |
| 11/1/2019 | 10/1/2019 | | | $ 1,735.65 | $ 1,665.65 | $ 70.00 | $ 2,416.47 | $ 705.14 | | | | | | $ - |
| 11/12/2019 | | | $ 606.19 | | | $ - | $ 2,416.47 | $ 415.82 | | $ 895.51 | PMT | | | |
| 11/12/2019 | 11/1/2019 | | | $ 1,665.65 | $ (1,665.65) | $ 750.82 | $ 415.82 | | | | | | | $ - |
| 12/7/2019 | 12/1/2019 | | | $ 1,735.65 | $ 1,585.89 | $ 149.76 | $ 900.58 | $ 415.82 | | | | | | $ - |
| 12/18/2019 | | | $ 606.19 | | | $ - | $ 900.58 | $ 126.50 | | $ 895.51 | PMT | | | |
| 1/15/2020 | 1/1/2020 | | | $ 1,655.89 | $ 1,585.89 | $ 70.00 | $ 970.58 | $ 126.50 | | | | | | $ - |
| 1/23/2020 | | | $ 606.13 | | | $ - | $ 970.58 | $ 732.63 | | | | | | $ - |
| 2/8/2020 | 2/1/2020 | | | $ 1,655.89 | $ 1,585.89 | $ 70.00 | $ 1,040.58 | $ 732.63 | | | | | | |
| 2/19/2020 | | | $ 606.17 | | | $ - | $ 1,040.58 | $ 443.29 | | $ 895.51 | PMT | | | |
| 3/11/2020 | 3/1/2020 | | | $ 1,655.89 | $ 1,585.89 | $ 70.00 | $ 1,110.58 | $ 443.29 | | | | | | $ - |
| 3/24/2020 | | | $ 606.18 | | | $ - | $ 1,110.58 | $ 153.96 | | $ 895.51 | PMT | | | |
| 4/9/2020 | 4/1/2020 | | | $ 1,655.89 | $ 1,585.89 | $ 70.00 | $ 1,180.58 | $ 153.96 | | | | | | $ - |
| 4/27/2020 | | | $ 606.17 | | | $ - | $ 1,180.58 | $ 760.13 | | | | | | $ - |
| 5/9/2020 | 5/1/2020 | | | $ 1,655.89 | $ 1,585.89 | $ 70.00 | $ 1,250.58 | $ 760.13 | | | | | | $ - |
| 5/13/2020 | | | $ 584.73 | | | $ - | $ 1,250.58 | $ 449.35 | | $ 895.51 | PMT | | | |
| 5/20/2020 | 6/1/2020 | | | $ 1,585.89 | $ 1,585.89 | $ - | $ 1,250.58 | $ 449.35 | | | | | | |
| 6/11/2020 | | | $ 584.74 | | | $ - | $ 1,250.58 | $ 138.58 | | $ 895.51 | PMT | | | |
| 7/9/2020 | 7/1/2020 | | | $ 1,655.89 | $ 1,585.89 | $ 70.00 | $ 1,320.58 | $ 138.58 | | | | | | |
| 7/21/2020 | | | $ 584.73 | | | $ - | $ 1,320.58 | $ 723.31 | | | | | | |
| 7/21/2020 | | | | | | $ - | $ 1,320.58 | $ 723.31 | | | | | | |
| 8/7/2020 | 8/1/2020 | | | $ 1,655.89 | $ 1,585.89 | $ 70.00 | $ 1,390.58 | $ 723.31 | | | | | | |
| 9/11/2020 | 9/1/2020 | | | $ 1,655.89 | $ 1,585.89 | $ 70.00 | $ 1,460.58 | $ 723.31 | | | | | | |
| 9/23/2020 | | | $ 584.73 | | | $ - | $ 1,460.58 | $ 412.53 | | $ 895.51 | PMT | | | |
| 10/16/2020 | 10/1/2020 | | | $ 1,655.89 | $ 1,585.89 | $ 70.00 | $ 1,530.58 | $ 412.53 | | | | | | |
| 10/22/2020 | | | $ 584.74 | | | $ - | $ 1,530.58 | $ 101.76 | | $ 895.51 | PMT | | | |
| 11/19/2020 | 11/1/2020 | | | $ 1,655.89 | $ 1,585.89 | $ 70.00 | $ 1,600.58 | $ 101.76 | | | | | | |
| 12/30/2020 | 12/1/2020 | | | $ 1,655.89 | $ 1,678.16 | $ (22.27) | $ 1,578.31 | $ 101.76 | | | | | | |
| 1/28/2021 | | | $ 2,501.36 | | | $ - | $ 1,578.31 | $ 1,707.61 | | $ 895.51 | PMT | | | |
| 1/28/2021 | | | | | | $ - | $ 1,578.31 | $ 812.10 | | $ 895.51 | PMT | | | |
| 2/8/2021 | 1/1/2021 | | | $ 1,748.16 | $ 1,678.16 | $ 70.00 | $ 1,648.31 | $ 812.10 | | | | | | |
| 2/23/2021 | | | $ 454.79 | | | $ - | $ 1,648.31 | $ 371.38 | | $ 895.51 | PMT | | | |
| 3/9/2021 | 2/1/2021 | | | $ 1,748.16 | $ 1,678.16 | $ 70.00 | $ 1,718.31 | $ 371.38 | | | | | | |
| 3/23/2021 | 3/1/2021 | | | $ 1,748.16 | $ 1,678.16 | $ 70.00 | $ 1,788.31 | $ 371.38 | | | | | | |
| 3/29/2021 | | | $ 591.23 | | | $ - | $ 1,788.31 | $ 67.10 | | $ 895.51 | PMT | | | |
| 5/4/2021 | 4/1/2021 | | | $ 1,748.16 | $ 1,678.16 | $ 70.00 | $ 1,858.31 | $ 67.10 | | | | | | |
| 5/25/2021 | 5/1/2021 | | | $ 1,748.16 | $ 1,678.16 | $ 70.00 | $ 1,928.31 | $ 67.10 | | | | | | |
| 6/28/2021 | | | $ 855.56 | | | $ - | $ 1,928.31 | $ 922.66 | | | | | | |
| 7/13/2021 | 6/1/2021 | | | $ 1,748.16 | $ 1,678.16 | $ 70.00 | $ 1,998.31 | $ 922.66 | | | | | | |
| 7/29/2021 | 7/1/2021 | | | $ 1,748.16 | $ 1,678.16 | $ 70.00 | $ 2,068.31 | $ 922.66 | | | | | | |
| 8/19/2021 | 8/1/2021 | | | $ 1,748.16 | $ 1,678.16 | $ 70.00 | $ 2,138.31 | $ 922.66 | | | | | | |
| 8/26/2021 | | | $ 610.72 | | | $ - | $ 2,138.31 | $ 1,533.38 | | | | | | |
| 9/21/2021 | | | $ 610.72 | | | $ - | $ 2,138.31 | $ 2,144.10 | | | | | | |
| 9/24/2021 | 9/1/2021 | | | $ 1,748.16 | $ 1,678.16 | $ 70.00 | $ 2,208.31 | $ 2,144.10 | | | | | | |
| 10/28/2021 | 10/1/2021 | | | $ 1,748.16 | $ 1,678.16 | $ 70.00 | $ 2,278.31 | $ 2,144.10 | | | | | | |
| 11/22/2021 | | | $ 1,186.36 | | | $ - | $ 2,278.31 | $ 3,330.46 | | | | | | |
| 11/26/2021 | 11/1/2021 | | | $ 1,748.16 | $ 1,678.16 | $ 70.00 | $ 2,348.31 | $ 3,330.46 | | | | | | |
| 11/26/2021 | 12/1/2021 | | | | $ 1,545.80 | $ (1,545.80) | $ 802.51 | $ 3,330.46 | | | | | | |
| 12/27/2021 | | | $ 593.18 | | | $ - | $ 802.51 | $ 3,923.64 | | | | | | |
| 12/31/2021 | 1/1/2022 | | | $ 1,800.00 | $ 1,545.80 | $ 254.20 | $ 1,056.71 | $ 3,923.64 | | | | | | |
| 12/31/2021 | | | | | | $ - | $ 1,056.71 | $ 3,923.64 | | | | | | |
| 1/28/2022 | 2/1/2022 | | | $ 1,615.70 | $ 1,545.80 | $ 69.90 | $ 1,126.61 | $ 3,923.64 | | | | | | |
| 2/8/2022 | | | $ 593.18 | | | $ - | $ 1,126.61 | $ 4,516.82 | | | | | | |
| 3/7/2022 | 3/1/2022 | | | $ 1,850.00 | $ 1,545.80 | $ 304.20 | $ 1,430.81 | $ 4,516.82 | | | | | | |
| 3/7/2022 | | | | | | $ - | $ 1,430.81 | $ 4,516.82 | | | | | | |
| 3/30/2022 | 4/1/2022 | | | $ 2,005.39 | $ 1,545.80 | $ 459.59 | $ 1,890.40 | $ 4,516.82 | | | | | | |
| 3/30/2022 | 5/1/2022 | | | | $ 1,545.80 | $ (1,545.80) | $ 344.60 | $ 4,516.82 | | | | | | |
| 4/5/2022 | | | $ 1,204.61 | | | $ - | $ 344.60 | $ 5,721.43 | | | | | | |
| 4/8/2022 | 6/1/2022 | | | $ 1,935.49 | $ 1,545.80 | $ 389.69 | $ 734.29 | $ 5,721.43 | | | | | | |
| 5/24/2022 | 7/1/2022 | | | $ 1,631.29 | $ 1,545.80 | $ 85.49 | $ 819.78 | $ 5,721.43 | | | | | | |
| 5/25/2022 | | | $ 1,186.36 | | | $ - | $ 819.78 | $ 79.06 | | $ 6,828.73 | Escrow | | | |
| 6/17/2022 | 8/1/2022 | | | $ 1,172.19 | $ 1,545.80 | $ (373.61) | $ 446.17 | $ 79.06 | | | | | | |
| 7/30/2022 | 9/1/2022 | | | $ 1,615.80 | $ 1,545.80 | $ 70.00 | $ 516.17 | $ 79.06 | | | | | | |
| 8/9/2022 | | | $ 593.18 | | | $ - | $ 516.17 | $ 672.24 | | | | | | |
| 9/7/2022 | | | $ 637.36 | | | $ - | $ 516.17 | $ 1,309.60 | | | | | | |
| 9/13/2022 | 10/1/2022 | | | $ 1,140.62 | $ 1,545.80 | $ (405.18) | $ 110.99 | $ 1,309.60 | | | | | | |
| 9/29/2022 | | | $ 1,274.72 | | | $ - | $ 110.99 | $ 2,584.32 | | | | | | |
| 9/29/2022 | | | | | | $ - | $ 110.99 | $ 2,584.32 | | | | | | |
| 9/29/2022 | | | | | | $ - | $ 110.99 | $ 2,584.32 | | | | | | |
| 10/13/2022 | | | | $ 1,140.62 | | $ 1,140.62 | $ 1,251.61 | $ 2,584.32 | | | | | | |
| 10/25/2022 | | | $ 604.22 | | | $ - | $ 1,251.61 | $ 102.40 | | $ 3,086.14 | Escrow | | | |
| 10/25/2022 | | | | | | $ - | $ 1,251.61 | $ 102.40 | | | | | | |
| 10/28/2022 | 11/1/2022 | | | $ 1,643.39 | $ 1,545.80 | $ 97.59 | $ 1,349.20 | $ 102.40 | | | | | | |
| 11/16/2022 | 12/1/2022 | | | $ 1,545.80 | $ 1,558.59 | $ (12.79) | $ 1,336.41 | $ 102.40 | | | | | | |
| 12/21/2022 | | | $ 604.23 | | | $ - | $ 1,336.41 | $ 706.63 | | | | | | |
| 12/21/2022 | | | | | | $ - | $ 1,336.41 | $ 706.63 | | | | | | |
| 12/21/2022 | | | | | | $ - | $ 1,336.41 | $ 706.63 | | | | | | |
| 1/4/2023 | 1/1/2023 | | | $ 1,628.59 | $ 1,558.59 | $ 70.00 | $ 1,406.41 | $ 706.63 | | | | | | |
| 1/17/2023 | 2/1/2023 | | | $ 1,615.80 | $ 1,558.59 | $ 57.21 | $ 1,463.62 | $ 706.63 | | | | | | |
| 1/25/2023 | | | $ 1,208.45 | | | $ - | $ 1,463.62 | $ 1,258.65 | $ 656.43 | | LC | | | |
| 1/25/2023 | | | | | | $ - | $ 1,463.62 | $ 1,258.65 | | | | | | |
| 1/25/2023 | | | | | | $ - | $ 1,463.62 | $ 1,258.65 | | | | | | |
| 1/25/2023 | | | | | | $ - | $ 1,463.62 | $ 1,258.65 | | | | | | |
| 1/25/2023 | | | | | | $ - | $ 1,463.62 | $ 1,258.65 | | | | | | |
| 1/25/2023 | | | | | | $ - | $ 1,463.62 | $ 1,258.65 | | | | | | |
| 1/25/2023 | | | | | | $ - | $ 1,463.62 | $ 1,258.65 | | | | | | |
| 2/23/2023 | | | $ 604.22 | | | $ - | $ 1,463.62 | $ 1,862.87 | | | | | | |
| 3/1/2023 | 3/1/2023 | | | $ 1,558.59 | $ 1,558.59 | $ - | $ 1,463.62 | $ 1,862.87 | | | | | | |
| 3/22/2023 | | | $ 604.22 | | | $ - | $ 1,463.62 | $ 2,467.09 | | | | | | |
| 4/1/2023 | 4/1/2023 | | | $ 1,558.59 | $ 1,558.59 | $ - | $ 1,463.62 | $ 2,467.09 | | | | | | |
| 4/25/2023 | | | $ 604.23 | | | $ - | $ 1,463.62 | $ 3,071.32 | | | | | | |
| 5/15/2023 | 5/1/2023 | | | $ 1,558.59 | $ 1,558.59 | $ - | $ 1,463.62 | $ 3,071.32 | | | | | | |
| 5/19/2023 | | | | | | $ - | $ 1,463.62 | $ 3,071.32 | | | | | | |
| 5/19/2023 | | | | | | $ - | $ 1,463.62 | $ 3,071.32 | | | | | | |
| 5/19/2023 | | | | | | $ - | $ 1,463.62 | $ 3,071.32 | | | | | | |
| 5/19/2023 | | | | $ 94.94 | | $ 94.94 | $ 1,558.56 | $ 3,071.32 | | | Admin Adjustment | | | |
| 5/19/2023 | | | $ 604.22 | | | $ - | $ 1,558.56 | $ 3,071.32 | | | | | | |
| 6/23/2023 | | | | | | $ - | $ 1,558.56 | $ 3,675.54 | | | | | | |
| 7/25/2023 | | | $ 269.08 | | | $ - | $ 1,558.56 | $ - | $ 3,944.62 | | Fees/Costs | | | |
| 9/11/2023 | 6/1/2023 | | | $ 1,558.59 | $ 1,558.59 | $ - | $ 1,558.56 | $ - | | | | | | |
| 10/17/2023 | | | | $ 70.49 | $ 1,558.59 | $ 70.49 | $ 1,629.05 | $ - | | | | | | |
| 10/20/2023 | 7/1/2023 | | | $ 3,120.00 | $ 1,558.59 | $ 1,561.41 | $ 3,190.46 | $ - | | | | | | |
| 10/20/2023 | 8/1/2023 | | | $ 1,560.00 | $ 1,558.59 | $ 1.41 | $ 3,191.87 | $ - | | | | | | |
| 10/20/2023 | 9/1/2023 | | | | $ 1,558.59 | $ (1,558.59) | $ 1,633.28 | $ - | | | | | | |
| 11/10/2023 | 10/1/2023 | | | $ 1,628.59 | $ 1,558.59 | $ 70.00 | $ 1,703.28 | $ - | | | | | | |
| 11/10/2023 | 11/1/2023 | | | | $ 1,558.59 | $ (1,558.59) | $ 144.69 | $ - | | | | | | |